JAMES FLANAGAN, Plaintiff, *v.* JOHN C. SHAW et al., Defendants.

WILLIAM P. BEACH, Appellant; WILLIAM BUHLER, as Executor of WILLIAM BUHLER, Deceased, Respondent.

*Flanagan* v. *Shaw,* 74 App. Div. 508, affirmed.
(Argued March 16, 1903; decided March 31, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 8, 1902, which affirmed an order of Special Term confirming the report of a referee awarding a certain fund to the respondent herein.

*Augustus Van Wyck* and *John C. Shaw* for appellant.

*Newell Martin* and *Edward B. Whitney* for respondent.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ.